# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK**

TELEPHONE: 202-275-8000

August 28, 2013

To: Mitchell G. Stockwell

Re:  08-1462
Taurus IP v. Daimlerchrysler

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s), Bill of Costs, cannot be filed for the following reason(s):

- The bill of costs are untimely. FRAP 39 (d)(1). A motion to file out of time is now required.
- One bill of costs appears to be a duplicate. Specifically, the one that totals $424.00 was submitted twice.

If you have any questions or need assistance, please contact the Clerk's Office.

Very truly yours,

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

cc: Paul H. Berghoff
Frank C. Cimino Jr.
Bonnie M. Grant
Vaibhav P. Kadaba
Jeremy E. Noe
Byron Leroy Pickard
Ronald L. Raider
Kurt William Rohde

Elizabeth Stoebner Wiley
Megan S. Woodworth
Jon Wright