2008-1462, -1463, -1464, -1465

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

                Plaintiff/Third Party Defendant-Appellant,

and

ORION IP, LLC (now known as Clear With Computers LLC) and ERICH SPANGENBERG,

                Third Party Defendant-Appellants,

v.

DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, and DAIMLERCHRYSLER COMPANY, LLC,

                Defendants,

and

CHRYSLER HOLDING, LLC,

                Defendant,

and

MERCEDES-BENZ USA, INC. and CHRYSLER GROUP LLC,

                Defendants/Third Party Plaintiffs-Cross Appellants.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb

2008-1474, -1477

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),
Plaintiff-Appellant,

v.

HYUNDAI MOTOR AMERICA,
Defendant-Cross Appellant,

and

REEBOK INTERNATIONAL, LTD.,
Defendant,

and

POLO RALPH LAUREN CORP.,
Defendant,

and

MICHELIN NORTH AMERICA, INC.,
Defendant-Appellee.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV- 477, Chief Judge Barbara B. Crabb

_____

**MOTION FOR LEAVE TO FILE BILL OF COSTS OUT OF TIME**

                                            Mitchell G. Stockwell
                                            KILPATRICK TOWNSEND &
                                            STOCKTON LLP
                                            1100 Peachtree Street, Ste. 2800
                                            Atlanta, GA  30309-4528
                                            (404) 815-6500
                                            (404) 541-3403
                                            Counsel for Mercedes

# CERTIFICATE OF INTEREST

Counsel for Mercedes-Benz USA, LLC certifies the following:

1. The full name of every party represented by me is:

   MERCEDES-BENZ USA LLC

2. The name of the real party in interest represented by me is:

   SAME AS 1.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

   DAIMLER AG

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in the court are:

   Mitchell G. Stockwell, Ronald L. Raider, Wab P. Kadaba, Vanessa M. Spencer, Bonnie M. Grant, Tiffany L. Williams KILPATRICK TOWNSEND & STOCKTON LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309.

   Joseph P. Wright STAFFORD ROSENBAUM LLP, 202 West Washington Ave., Ste. 900, Madison, Wisconsin 53701

Dated: September 11, 2013          /s/Mitchell G. Stockwell
                                   Mitchell G. Stockwell
                                   Attorney for Mercedes-Benz USA

Defendant and Mercedes Benz USA ("Mercedes") files this motion in response to the Court's Notice of Rejection dated August 28, 2013 seeking permission to file its bill of costs out of time. Defendants respectfully request that the Court allow the Bills of Cost to Taurus (Dkt. 160) and Orion (Dkt. 161) as filed with the court on August 27, 2013, and attached hereto.

**BACKGROUND**

On August 9, 2013, the Court decided this case awarding costs to Chrysler and Mercedes. Accordingly, Mercedes's bill of costs was due on August 23, 2013. On August 21, 2013, counsel for Chrysler and Mercedes sent, via electronic mail, draft copies of Stipulated Bills of Cost to counsel for Taurus and Orion. Counsel for Orion agreed to the Stipulated Bill of Costs via electronic mail on August 23, 2013. Counsel for Taurus, however, was unable to respond to the request until August 26, 2013. On that same day, counsel for Taurus agreed to the Stipulated Bill of Costs via electronic mail.

On August 27, 2013, Mercedes submitted the Stipulation regarding the Bill of Costs to the Court, which rejected it as untimely. Mercedes then sought permission from both counsel for Orion and counsel for Taurus to resubmit the Stipulated Bill of Costs to the Court along with a Motion to File Out of Time. Mercedes obtained permission on September 4, 2013, from counsel for Taurus and from counsel for Orion on September 11, 2013.

**GROUNDS FOR MOTION**

As stated above, counsel for Mercedes sought Stipulated Bills of Costs amounts from both parties in this case. Due to travel schedules, counsel for Taurus was unable to provide that stipulation in advance of the filing date. By acquiring this stipulation, there is no issue for the Court to resolve concerning the costs. And as all relevant parties, have agreed, there is no prejudice to any party by the late submission of this stipulated bill of costs.

**CONSENT**

Counsel for Orion and counsel for Taurus has no objection to the filing of this motion as confirmed via email on September 11, 2013 and September 4, 2013, respectively.

**SUMMARY OF RELIEF SOUGHT**

For the foregoing reasons, Defendants respectfully requests that the Court grant this motion and enter the Stipulated Bills of Cost (attached as Exhibits A and B).

                                              Respectfully submitted,

                                              /s/Mitchell G. Stockwell

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2013, the foregoing document was filed electronically with the court's CM/ECF system and thereby served on the following counsel of record:

Jon E. Wright, Esq.
Kenneth C. Bass, III , Esq.
Byron L. Pickard, Esq.
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W., Suite 600,
Washington, DC 20005-3934
Telephone: (202) 371-2600
Facsimile: (202)371-2540
jwright@skgfcom
bpickard@skgf com


Elizabeth A. Wiley, Esq.
The Wiley Firm PC
3900 Petes Path,
P.O. Box 303280
Austin, TX 78703
Telephone: (512)560-3480
Facsimile: (512)551-0028
lizwiley@wileyfirmpc.com


Paul H. Berghoff, Esq.
Jeremy E. Noe, Esq.
Kurt W. Rohde, Esq.
McDonnell, Boehnen, Hulbert
300 South Wacker Drive, 29th Floor
Chicago, IL 60606
Telephone: (312)913-0001
Facsimile: (312)913-0002
berghoff@mbhb.com

noe@mbhb.com
rohdek@mbhb.com

For Plaintiff/Third Party Defendant-Appellant
Taurus IP, LLC (n/k/a Manufacturing
System Technologies LLC);
Third Party Defendant-Appellant
Orion IP, LLC (n/k/a Clear With
Computers LLC); and
Third Party Defendant-Appellant
Erich Spangenberg.

/s/Mitchell G. Stockwell
Mitchell G. Stockwell

# EXHIBIT A

Case: 08-1462　　Document: 165　　Page: 8　　Filed: 09/11/2013

148

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2008-1462, -1463, -1464, -1465    Caption: B: TAURUS IP LLC V. DAIMLERCHRYSLER

The Clerk is requested to tax the following costs against: C: ORION, IP, LLC

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | | |
| Brief (original) | xxxxx | E: | | 6.00 | | |
| Brief (cover and binding) | G: | xxxxx | | 2.00 | 424 | |
| Brief (copying and collating) | G: | H: | | 0.08 | | |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | G: | H: | | 0.08 | | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | | |
| Other (describe): | I: | J: | | | | |
| GRAND TOTALS | STIPULATED COSTS | | | | 424 | |

City/County of ATLANTA ) District/State of GEORGIA ) SS

I, K: MITCHELL G. STOCKWELL , swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____    Date: _____    Attorney for: L: DAIMLERCHRYSLER/MERCEDES

Reset Fields

Form 24

FORM 24. Bill of Costs

**EXHIBIT B**

148

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2008-1462, -1463, -1464, -1465    Caption: B: TAURUS IP, LLC v. DAIMLERCHRYSLER

The Clerk is requested to tax the following costs against: C: TAURUS IP, LLC

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | | |
| Brief (original) | xxxxx | E: | | 6.00 | | |
| Brief (cover and binding) | G: | xxxxx | | 2.00 | 208 | |
| Brief (copying and collating) | G: | H: | | 0.08 | | |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | G: | H: | | 0.08 | | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | | |
| Other (describe): | I: | J: | | | | |
| GRAND TOTALS | STIPULATED COSTS | | | | 208 | |

City/County of ATLANTA ) District/State of GEORGIA ) SS

I, K: MITCHELL G. STOCKWELL, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____    Date: _____    Attorney for: L: DAIMLERCHRYSLER/MERCEDES

Reset Fields

FORM 24. Bill of Costs    Form 24